

**MEMO ENDORSED**

Attorneys at Law

Kenneth DiGia
t  212.351.4610
f  212.878.8600
KDigia@ebglaw.com

> The matter is hereby stayed.  The parties are directed to file a stipulation of dismissal or a joint status report by October 1, 2021.  The Clerk of Court is respectfully directed to terminate the motion.  Doc. 22.
>
> So ordered.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 7/30/2021
> New York, New York

July 29, 2021

**VIA ECF**

Hon. Edgardo Ramos, U.S.D.J.
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    <u>Kudera v. Aspen Insurance U.S. Services, Inc.</u>, No. 1:21-cv-04809 (ER) (BCM)

Dear Judge Ramos:

      This Firm represents Defendant in the referenced matter. Pursuant to the parties' July 28 conference, we write on behalf of all parties to respectfully request a stay of this matter until the earlier of (a) either party informing the Court that the parties' settlement in principle has not been consummated; or (b) the filing of a Stipulation of Dismissal with Prejudice ("Stipulation") with the Court.

      Plaintiff filed his Complaint on May 28, 2021. Plaintiff then filed an Amended Complaint on June 25, 2021. On July 12, Defendant filed a letter requesting a pre-motion conference with the Court regarding its anticipated motion to dismiss. (ECF No. 18.) Plaintiff filed his opposition on July 15, 2021. (ECF No. 20.)

      The parties have reached a settlement in principle to resolve this matter as follows: (i) this Court entering a stay of this matter pending the completion of proposed settlement payments; (ii) a Release signed and not revoked by Plaintiff; (iii) the first tranche of proposed payments to be made no later than August 31, 2021; (iv) within three business days of the first payment tranche being made, the Stipulation, dated October 1, 2021, to be signed by the parties and delivered to counsel for Defendant to hold in escrow; (v) the second tranche of proposed payments to be made no later than September 30, 2021; and (vi) the Stipulation will be filed with the Court on October 1, 2021.

Hon. Edgardo Ramos, U.S.D.J.
July 29, 2021
Page 2

      Thus, the parties respectfully request a stay of this matter until the earlier of (a) either party writing to inform the Court that settlement has not been consummated; or (b) the filing of the Stipulation with the Court on October 1, 2021.

                                    Respectfully submitted,

                                    */s/ Kenneth W. DiGia*

                                    Kenneth W. DiGia

cc via ECF:   Jill Saluck, Esq.
                    *Attorney for Plaintiff*

SO ORDERED:

_____
Honorable Edgardo Ramos
United States District Judge

_____ \_\_\_, 2021