UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW KUDERA,

                Plaintiff,

    v.

ASPEN INSURANCE U.S. SERVICES, INC.,

                Defendant.

**ORDER**

21 Civ. 4809 (ER)

RAMOS, D.J.

    Kudera brought this action against Aspen Insurance U.S. Services, Inc. on May 28, 2021. Doc. 1.  On July 29, 2021, the Parties jointly moved this Court to stay proceedings after they reached a settlement in principle.  Doc. 22.  On July 30, 2021, the Court stayed proceedings. Doc. 23.  The Parties now submit a stipulation of voluntary dismissal.  Doc. 25.

    Accordingly, the Clerk is respectfully directed to lift the stay in the action so that the stipulation of voluntary dismissal may be entered.

    It is SO ORDERED.

Dated: October 1, 2021
       New York, New York

                                                  Edgardo Ramos, U.S.D.J.